IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| REBEKAH MCCLELLAND,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RUFFING MONTESSORI SCHOOL, et al.,<br><br>　　　　　　Defendants. | CASE NO.: 1:15-CV-01997-DAP<br><br>JUDGE DAN AARON POLSTER<br><br>**ENTRY OF APPEARANCE AS CO-COUNSEL FOR DEFENDANTS** |

　　　　Gregory V. Mersol and the law firm of Baker & Hostetler LLP hereby enter their appearance as co-counsel for defendants Ruffing Montessori School, Lori Coticchia, and John McNamara.

　　　　　　　　　　　　　　　　　　*/s/ Gregory V. Mersol*
　　　　　　　　　　　　　　　　　　Gregory V. Mersol (0030838)
　　　　　　　　　　　　　　　　　　Email:　gmersol@bakerlaw.com
　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　Key Tower
　　　　　　　　　　　　　　　　　　127 Public Square, Suite 2000
　　　　　　　　　　　　　　　　　　Cleveland, OH  44114-1214
　　　　　　　　　　　　　　　　　　Telephone:　216.621.0200
　　　　　　　　　　　　　　　　　　Facsimile:　216.696.0740

　　　　　　　　　　　　　　　　　　Co-Counsel for Ruffing Montessori School, Lori Coticchia, and John McNamara

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2016, a true and accurate copy of the foregoing Notice of Appearance as Co-Counsel was filed electronically with the United States District Court for the Northern District of Ohio. Notice of this filing will be delivered to all parties by operation of the Court's electronic filing system.

>	*/s/ Gregory V. Mersol*
>	Co-Counsel for Defendant

608783234.1